GRACE H. MURRAY et al., as Executors of ELIZABETH H. STANTON, Deceased, Appellants, *v.* CITY OF NEW YORK, Respondent, and FRANK H. APPLETON, as Trustee, et al., Appellants.

Submitted February 28, 1938; decided March 2, 1938.

*William C. Chanler,* Corporation Counsel (*Davidson Sommers* of counsel), for motion.

*Albert G. Avery* and *A. Gordon Murray* for plaintiffs, appellants, and A. Gordon Murray et al., as committee, defendants, appellants, opposed.

*John B. Doyle* for Frank H. Appleton, as trustee, defendant, appellant, opposed.

Motion denied, with ten dollars costs.